

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00182-CR

Casey Ray **ESCOBAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6126
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 22, 2021

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
Michael A. Cruz, Clerk of Court